# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

145118

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 145118
      COA: 298441
      Oakland CC: 2008-223588-FH

AMRO IMADTALIB ZAK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



h0612

               Clerk